IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) INJUNCTIVE RELIEF SOUGHT |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) Civil Action No.: 19-cv-02870 |
| | ) |
| PACIFIC TAI, LLC | ) Judge Norgle |
| d/b/a BEST WESTERN GRANT PARK HOTEL, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, Howard Cohan and the Defendant Pacific Tai, LLC, d/b/a Best Western Grant Park Hotel, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

HOWARD COHAN

By: /s/ *Marshall J. Burt*
Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
77 W. Washington, Ste 1300
Chicago, IL 60602
312-419-1999
Marshall@mjburtlaw.com

PACIFIC TAI, LLC, D/B/A BEST
WESTERN GRANT PARK HOTEL

By: /s/ Kirsten A. Milton
Kirsten A. Milton, Esq.
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 803 2550
Kirsten.Milton@jacksonlewis.com